IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VICKIE SHINAULT                                                                                                PLAINTIFF

v.                                            NO. 3:11CV00151 HDY

MICHAEL J. ASTRUE,                                                                                       DEFENDANT
Commissioner of the Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Vickie Shinault. The final decision of the Commissioner of the Social Security Administration is reversed, and this proceeding is remanded pursuant to "sentence four."

IT IS SO ORDERED this ___25___ day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE